THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROBERT LARRY LYTLE                                                    PETITIONER

v.                          Case No. 4:19-cv-00270-KGB

CHARLES HENDRIX                                                       RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that petitioner Robert Larry Lytle's petition for a writ of *habeas corpus* is dismissed without prejudice. The relief requested is denied.

It is so adjudged this 9th day of March, 2020.

Kristine G. Baker
United States District Judge